George F. Morris, Respondent, v. Boston and Maine Railroad, Appellant.— Judgment and order unanimously affirmed, with costs.

Hazel M. Wood, Respondent, v. S. Foster Fake, Appellant. Ashville V. Loomis, Respondent, v. S. Foster Fake, Appellant.— Judgments and orders unanimously affirmed, with costs in one action.

In the Matter of the Application of United Transportation Company, Inc., Appellant, for a Certiorari Order against Public Service Commission and Milo R. Maltbie and Others, Constituting the Public Service Commission, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements.

James E. Farrell, as Receiver of the First National Bank in Poultney, Vermont, Appellant, v. Fannie E. White, Respondent.— Judgment in so far as it dismissed upon the merits the plaintiff's complaint, reversed on the law and facts, with costs, and judgment directed in favor of the plaintiff for the sum of $1,000, and interest from the 2d day of October, 1930, with costs. The court reverses findings of fact numbered 5, 7, 9, 10, 11, 12 and 13 contained in the decision, and makes new findings as follows: That plaintiff executed and discounted a note with the First National Bank of Poultney, Vermont, through her agent and used the proceeds to pay for ten shares of the capital stock of said bank, such transaction taking place on or about August 8, 1929, and that at the time said bank failed defendant was the owner of the ten shares of the capital stock of such bank. All concur.

The People of the State of New York, Respondent, v. Clyde H. De Witt, Appellant.— Judgment of conviction unanimously affirmed. Any errors made in the rulings of the court did not affect the substantial rights of the defendant, and are disregarded under section 542 of the Code of Criminal Procedure.

Laura Martin, Respondent, v. New Metropolitan Fiction, Inc., Appellant.— Order affirmed, with ten dollars costs and disbursements, on the ground that the rights of the parties should be determined after a trial. The court cannot say that evidence may not be produced upon a trial under this complaint which would prove a cause of action. All concur.

Village of Watkins Glen, Appellant, v. C. Earle Hager and Others, Respondents.— Judgment unanimously affirmed, with one bill of costs. [140 Misc. 816.]

Hoel S. McElwain, Respondent, v. Yellow Taxi Corporation, a Domestic Corporation, Appellant.— Judgment and order unanimously affirmed, with costs.

John Lee Stark, Respondent, v. Howe Sound Company, Inc., Impleaded with Compania Industrial El Potosi, S. A., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Judicial Settlement of the Account of Perry J. Fuller, Administrator de Bonis Non of Estate of Jennie F. Van Orden, Deceased.— Order unanimously affirmed, with costs to the respondent payable out of the estate. Hinman, J., not sitting.